# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DANIEL JACOB OCHOA, <br><br> Defendant. | CR-18-52-GF-BMM-JTJ <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION TO CHANGE PLEA** |

Defendant Daniel Ochoa appeared before United States Magistrate Judge John Johnston on January 29, 2019, and entered a plea of guilty to one count of Possession of Possession of a Stolen Firearm. Judge Johnston entered Findings and Recommendations on January 29, 2019. (Doc. 55).

Judge Johnston determined: (1) that Ochoa was fully competent and capable of entering an informed and voluntary plea; (2) that Ochoa was aware of the nature of the charges against him and the consequences of pleading guilty; (3) that Ochoa fully understood his constitutional rights, and the extent to which he was waiving those rights by pleading guilty to Count II as charged in the Indictment; and (5) that Ochoa's plea of guilty was a knowing and voluntary plea supported by an

1

independent basis in fact establishing each of the essential elements of Count II as charged in the Indictment. *Id.* at 1-2.

Judge Johnston recommended that this Court accept Ochoa's plea of guilty to Possession of a Stolen Firearm as charged in the Indictment. *Id.* at 2. Neither party filed objections. The Court has reviewed Judge Johnston's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error.

Accordingly, **IT IS ORDERED** that Magistrate Judge Johnston's Findings and Recommendations (Doc. 55) are **ADOPTED IN FULL.** Ochoa's Motion to Change Plea (Doc. 42) is **GRANTED**.

DATED this 20th day of February, 2019.

_/s/ Brian Morris_
Brian Morris
United States District Court Judge